# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-02973-SVW<br>2:16-ap-1543-ER<br>2:16-bk-22878-BR | Date | June 23, 2022 |
|---|---|---|---|
| Title | In Re Kimberly Martin-Bragg | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on June 10, 2022, issued an Order to Show Cause (OSC) why this action should not be dismissed for lack of prosecution.

To date, plaintiff has failed to respond to the OSC.

The Court orders the case dismissed.

Initials of Preparer   PMC